IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  v.                              CRIMINAL NO. 1:18CR32-02
                                      (Judge Keeley)

**JACOB RENARD WHITE,**

      **Defendant.**

**ORDER GRANTING DEFENDANT'S MOTION FOR EXPEDITED SENTENCING AND REQUEST FOR MODIFIED PRE-SENTENCE REPORT (Dkt. No. 53), ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 54), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

On July 9, 2018, the defendant, Jacob Renard White ("White"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of GUILTY to Count One of the Indictment. After White stated that he understood that the magistrate judge is not a United States district judge, he consented to tendering his plea before the magistrate judge. Previously, this Court had referred the guilty plea to the magistrate judge for the purposes of administering the allocution pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon White's statements during the plea hearing and the government's proffer establishing that an independent factual basis for the plea existed, the magistrate judge found that White was

**ORDER GRANTING DEFENDANT'S MOTION FOR EXPEDITED SENTENCING AND REQUEST FOR MODIFIED PRE-SENTENCE REPORT (Dkt. No. 53), ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 54), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

competent to enter a plea, that the plea was freely and voluntarily given, that he was aware of the nature of the charges against him and the consequences of his plea, and that a factual basis existed for the tendered plea. On July 9, 2018, the magistrate judge entered a Report and Recommendation Concerning Plea of Guilty in Felony Case ("R&R") (dkt. no. 54) finding a factual basis for the plea and recommending that this Court accept White's plea of guilty to Count One of the Indictment. The magistrate judge directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. The parties did not file any objections to the R&R.

Also on July 9, 2018, White, through counsel, filed a Motion for Expedited Sentencing and Request for Modified Pre-Sentence Report (Dkt. No. 53). The Government did not object to White's motion.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R, **ACCEPTS** White's guilty plea, and **ADJUGES** him **GUILTY** of the crime

**ORDER GRANTING DEFENDANT'S MOTION FOR EXPEDITED SENTENCING AND REQUEST FOR MODIFIED PRE-SENTENCE REPORT (Dkt. No. 53), ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 54), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

charged in Count One of the Indictment. The Court further **GRANTS** White's motion for expedited sentencing and modified pre-sentence report.

Pursuant to Fed. R. Crim. P. 11(c)(3) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the modified pre-sentence report prepared in this matter.

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** as follows:

1. The Probation Officer shall undertake a pre-sentence investigation of White, and prepare a modified pre-sentence report for the Court;

2. The Government and White shall provide their versions of the offense to the probation officer by **July 30, 2018**;

3. The modified pre-sentence report shall be disclosed to White, defense counsel, and the United States on or before **August 13, 2018**; however, the Probation Officer shall not disclose any sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

**ORDER GRANTING DEFENDANT'S MOTION FOR EXPEDITED SENTENCING AND REQUEST FOR MODIFIED PRE-SENTENCE REPORT (Dkt. No. 53), ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 54), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

4. Counsel may file written objections to the modified pre-sentence report on or before **August 20, 2018;**

5. The Office of Probation shall submit the modified pre-sentence report with addendum to the Court on or before **August 27, 2018**; and

6. Counsel may file any written sentencing statements and motions for departure from the Sentencing Guidelines, including the factual basis from the statements or motions, on or before **August 27, 2018.**

The magistrate judge remanded White to the custody of the United States Marshal Service.

The Court will conduct the sentencing hearing for the defendant on **Monday, September 10, 2018** at **1:30 P.M.** at the **Clarksburg, West Virginia** point of holding court.

It is so **ORDERED**.

**USA v. WHITE**                                              **1:18CR32-02**

**ORDER GRANTING DEFENDANT'S MOTION FOR EXPEDITED SENTENCING AND REQUEST FOR MODIFIED PRE-SENTENCE REPORT (Dkt. No. 53), ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 54), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: July 23, 2018

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE